

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00214-CV

Nahid Abdulhameed **ABBOOD**,
Appellant

v.

Nagham Sabah **KAREEM**,
Appellee

From the 201st District Court, Travis County, Texas
Trial Court No. D-1-FM-13-002661
The Honorable Charles R. Ramsay, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the appeal is DISMISSED. We ORDER that no costs shall be assessed against appellant, Nahid Abdulhameed Abbood, because he is indigent.

SIGNED August 3, 2016.

_____
Luz Elena D. Chapa, Justice